# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 11 CV 1799 (SAS)(DF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

BEN ELIAS INDUSTRIES CORP.

I certify that I am admitted to practice in this court.

| 4/7/2011 | *Frank J. Colucci* (signature) |
|---|---|
| Date | Signature |

| FRANK J. COLUCCI | FC-8441 |
|---|---|
| Print Name | Bar Number |

218 EAST 50TH STREET
Address

| NEW YORK | NEW YORK | 10022 |
|---|---|---|
| City | State | Zip Code |

| (212) 935-5700 | (212) 935-5728 |
|---|---|
| Phone Number | Fax Number |