AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

## APPEARANCE

Case Number: 11 CV 1799 (SAS)(DF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

BEN ELIAS INDUSTRIES CORP.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/7/2011 | _(signature)_ |
| Date | Signature |
| | DAVID M. DAHAN     DD-5864 |
| | Print Name     Bar Number |
| | 218 EAST 50TH STREET |
| | Address |
| | NEW YORK    NEW YORK    10022 |
| | City    State    Zip Code |
| | (212) 935-5700    (212) 935-5728 |
| | Phone Number    Fax Number |