UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
WICKED FASHIONS, INC.,                                      :
                                                            :    11 CV 1799 (SAS) (DF)
                Plaintiff,                                  :    ECF
                                                            :
        v.                                                  :
                                                            :
BEN ELIAS INDUSTRIES CORP.,                                 :
JOHN DOES; JANE DOES; and                                   :
ABC COMPANIES,                                              :
                                                            :
                Defendant.                                  :
------------------------------------------------------------x

### DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant certifies that defendant has no other corporate parents, affiliates, and/or subsidiaries which are publicly held.

Dated:    New York, New York
          April 7, 2011

                                            Respectfully submitted,

                                            By: s/ Frank J. Colucci
                                            Frank J. Colucci
                                            David M. Dahan
                                            218 East 50th Street
                                            New York, New York 10022
                                            Telephone: (212) 935-5700
                                            Facsimile: (212) 935-5728
                                            Email: email@colucci-umans.com

                                            **ATTORNEYS FOR DEFENDANT**
                                            BEN ELIAS INDUSTRIES CORP.

1